**PRIORITY SEND**

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -- GENERAL

Case No   EDCV 03-00268-VAP(SGLx)                    Date   April 17, 2003

Title        ROBERT BAKER, an individual and doing business as The Belgian Waffle Works, CBSRR, INC , a California corporation doing business as SKYRIDGE REALTY COLDWELL BANKER, CHRISTINE FELDMAN, an individual and doing business as Christine's Beauty Supply & Salon, ROBERT A  SOLGAN and JACKIE A  SOLGAN, individuals and doing business as The Green Burrito, JOHN KREUTZER and LORI KREUTZER, individuals and doing business as Postal Connection, LYNDA ROCKER, an individual and formerly doing business as The Last Stop, SHARON DAVIS and SUE BEHNEY, individually and doing business as Photo Express, SANDRA COWAN and BEVERLY STEWARD, individually and doing business as Angel Wings, RAZZBEARIES ENTERPRISE, INC , a California corporation, JEFF REICH, an individual doing business as Jeffrey David Jewelers and as Arrowhead Gallery, ROGER and DEBBIE RUBIEN, individuals, VILLAGE MERCHANTS, INC , a California corporation formerly doing business as Chili Chompers, BOB STUHR, an individual formerly doing business as Temberline Design and KEN FISCHER, an individual formerly doing business as Indian Trails In The Village -v- BURNHAM PACIFIC PROPERTIES, INC , a corporation doing business as a real estate investment trust, BPP/ARROWHEAD L P , a Delaware limited partnership, BPP/ARROWHEAD, INC , a Delaware corporation, BURNHAM PACIFIC OPERATING PARTNERSHIP, L P  a Delaware limited partnership, BPP LIQUIDATING TRUST and SCOTT C VERGES and DOUGLAS WILSON, individually as its trustees, LAV L L C , a Delaware limited liability company, SCOTT VERGES, an individual, DANIEL B  PLATT, an individual, WILLIAM JOSEPH BYRNE,

MINUTES FORM 11                                      Initials of Deputy Clerk _____
CIVIL -- GEN                        Page 1

ENTER ON ICMS

APR 18 2003

APR 18 2003

an individual, DEVELOPERS DIVERSIFIED REALTY CORPORATION, an Ohio corporation, DDR REAL ESTATE SERVICES, INC , a California corporation, SHELTER BAY RETAIL GROUP, INC , a California corporation, JUDY LEHNHOFF, an individual and DOES 1 through 75, inclusive

=================================================================

PRESENT        HONORABLE VIRGINIA A PHILLIPS, U S DISTRICT JUDGE

Rachel Ingram                              None Present
Courtroom Deputy                           Court Reporter

ATTORNEYS PRESENT FOR          ATTORNEYS PRESENT FOR
PLAINTIFFS                     DEFENDANTS

None                           None

PROCEEDINGS        MINUTE ORDER GRANTING PLAINTIFFS' EX PARTE
APPLICATION TO CONTINUE HEARING ON MOTION TO
DISMISS (IN CHAMBERS)

The action is brought by and on behalf of present and past tenants ("Plaintiffs") of the Lake Arrowhead Shopping Center (the "Village"), a regional retail center in Lake Arrowhead, California  [First Am  Compl ¶ 1 ]  Plaintiffs allege that Defendants, owners and managers of the Village, fraudulently overbilled Plaintiffs for common area maintenance ("CAM") under their individual leases, fraudulently overbilled Plaintiffs for liability insurance, and fraudulently overbilled Plaintiffs for real property taxes  [Id ]  Plaintiffs also allege that Defendants willfully breached the covenant of good faith and fair dealing by taking actions that included retaliation and deliberate management neglect to cause the Village to deteriorate in condition and, therefore, depress its value  [Id ¶ 2 ]

On March 7, 2003, Plaintiffs filed a First Amended Complaint in the Superior Court of California, County of San Bernardino  Plaintiffs allege (1) Representative Action for Unfair Business Practices, (2) Representative Action for False Statements Concerning Realty, (3) Fraud, (4) Negligent Misrepresentation, (5) Intentional Interference with Prospective Business Advantages, (6) Conversion, (7) Breach of Fiduciary Duty, (8) Conspiracy, (9) Negligent Interference with Prospective

MINUTES FORM 11                              Initials of Deputy Clerk _____
CIVIL -- GEN                    Page 2

Economic Advantages, (10) Negligence, (11) Waste, (12) Breach of Contract, (13) An Accounting, (14) Breach of the Implied Covenant of Good Faith and Fair Dealing, (15) Declaratory Relief, (16) Injunctive Relief, (17) To Impress and Foreclose Equitable Liens, (18) Unjust Enrichment, (19) For Constructive Trust, (20) For Fraudulent Conveyance, (21) Violation of 18 U S C §§ 1961, et seq (RICO)

On April 2, 2003, Defendants filed the following Motions to Dismiss ("Defendants' Motions to Dismiss")

(1) All Claims of Plaintiff Robert Baker
(2) Plaintiffs' Second, Fifth, Sixth, Seventh, Eighth, Ninth, Eleventh, Fourteenth, and Seventeenth Claims for Relief
(3) All Claims of Plaintiffs Village Merchants, Inc , and Christine Feldman
(4) All Claims of Certain Plaintiffs Pursuant to Rule 12(b)(6) and Res Judicata
(5) Plaintiffs' Third, Fourth, and Twenty-First Claims under Rule 9(b) and 12(b)(6) or, in the Alternative, for a More Definite Statement

On April 3, 2003, Plaintiffs filed a Motion to Remand or Stay "RICO" Claim and Remand, in the Alternative, to Remand after Dismissal or Amendment to Delete "RICO" Claim   On April 14, 2003, Plaintiffs filed Oppositions to Defendants' Motions to Dismiss   On April 14, 2003, Defendants filed an Opposition to Plaintiffs' Motion to Remand

On April 9, 2003, Plaintiffs filed an Ex Parte Application to Continue Hearing on Motion to Dismiss ("Ex Parte")   Plaintiffs point out that the Defendants' Motions to Dismiss and Plaintiffs' Motion to Remand are both set for hearing on April 28, 2003   [Ex Parte at 2 ]  The Court finds that judicial economy will be served by continuing Defendants' Motions to Dismiss until after a decision on Plaintiffs' Motion to Remand   Therefore, Plaintiffs' Ex Parte Application is GRANTED   Defendants' Motions to Dismiss are continued until May 5, 2003

**IT IS SO ORDERED.**

MINUTES FORM 11                                                        Initials of Deputy Clerk _____
CIVIL -- GEN                              Page 3