# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

| | |
|---|---|
| Case No   EDCV 03-00268-VAP(SGLx) | Date   April 28, 2003 |

Title   ROBERT BAKER, et al , -v- BURNHAM PACIFIC PROPERTIES, INC , et al ,

Present  The Honorable   VIRGINIA A  PHILLIPS

| RACHEL INGRAM | MARIA BEESLEY | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No |

| Attorneys Present for Plaintiffs | Attorneys Present for Defendants |
|---|---|
| Edward Laird | Ralph H  Blakeney |

Proceedings   Plaintiff's Motion to Remand or Stay "Rico" Claim and Remand, in the alternative, to Remand After Dismissal or Amendment to Delete "Rico" Claim [filed 4/3/03]

Court hears oral argument and takes the matter under submission



ENTER ON ICMS

APR 2 9 2003

Initials of Preparer   RI

